United States District Court

For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7    LUKE KNOWLES,

8           Plaintiff,                          No. C 12-5211 PJH

9       v.                                      **ORDER GRANTING MOTIONS
                                                TO DISMISS**
10   EBAY, INC., et al.,

11          Defendants.
     _____/
12

13          Defendants' motions to dismiss the complaint for failure to state a claim came on for

14   hearing before this court on March 6, 2013.  Plaintiff Luke Knowles appeared by his

15   counsel Matthew T. Hurst, James Mills, and Matthew T. Heffner.  Defendants eBay, Inc.

16   and eBay Insurance Service, Inc. appeared by their counsel Fred R. Puglisi.  Defendant

17   Brown & Brown of Missouri, Inc. appeared by its counsel Joseph E. Addiego.  Defendant

18   Fireman's Fund Insurance Company appeared by its counsel Jodi K. Swick and Eric J.

19   Knapp.  Having read the parties' papers and carefully considered their arguments and the

20   relevant legal authority, the court hereby GRANTS the motion as follows and for the

21   reasons stated at the hearing.

22          1.     The second cause of action for negligence, which is asserted against eBay

23   Insurance Service, Inc., and Brown and Brown of Missouri, Inc., only, is DISMISSED with

24   leave to amend to allege facts supporting the elements of the claim – in particular duty and

25   breach – as to each of those two defendants.

26          2.     The third cause of action for rescission and the fifth cause of action for unjust

27   enrichment are DISMISSED with prejudice, as neither is an independent cause of action.

28          3.     The fourth cause of action for illusory contract, the sixth cause of action for

1  unconscionable contract, and the seventh cause of action for unilateral mistake are

2  DISMISSED with leave to amend to state a single cause of action for breach of contract or

3  other contract-related claim, as it is not clear whether plaintiff is asserting that there was or

4  was not a contract to which he was a party or third-party beneficiary.  Each defendant's role

5  must be specifically identified.

6      4.    The § 17200 claim is DISMISSED with leave to amend to allege facts

7  supporting the claim of "unlawful" and "unfair" business practices, as those terms have

8  been construed by the courts, as to each defendant.  In particular, plaintiff must identify the

9  predicate law which he claims has been violated, and must identify the alleged "unfair"

10  practices and explain why they are unfair.

11     5.    The first amended complaint must specify facts supporting each cause of

12  action, as to each defendant.  No new parties may be added and no new claims or theories

13  may be pled unless plaintiff first obtains leave of court.

14     6.    The first amended complaint shall be filed no later than April 3, 2013.

15  Defendants' response shall be filed no later than May 1, 2013.

16

17  **IT IS SO ORDERED.**

18  Dated:  March 7, 2013

19                                          _____
                                            PHYLLIS J. HAMILTON
20                                          United States District Judge

21

22

23

24

25

26

27

28